# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAY TRIPLETT & LESLIE TRIPLETT                     Case Number: 07-70045
9804 ORLANDO ST.                     SSN-xxx-xx-5478 & xxx-xx-1915
MACHESNEY PARK, IL  61115

|  |  |
|---|---|
| Case filed on: | 1/9/2007 |
| Plan Confirmed on: | 3/23/2007 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $10,569.77          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTY BERNARD NATALE | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 999 | JAY TRIPLETT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DEUTSCHE BANK NATIONAL TRUST | 11,777.54 | 870.67 | 870.67 | 0.00 |
| 002 | ELITE MOTORS | 9,033.00 | 9,033.00 | 4,916.59 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 1,036.44 | 834.05 | 834.05 | 0.00 |
|  | Total Secured | 21,846.98 | 10,737.72 | 6,621.31 | 0.00 |
| 002 | ELITE MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS TITLE LOANS, INC | 0.00 | 202.39 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE CASH EXPRESS | 400.00 | 400.00 | 18.21 | 0.00 |
| 006 | B-LINE LLC | 1,728.87 | 1,728.87 | 104.05 | 0.00 |
| 007 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BARIX CLINICS | 2,473.35 | 2,473.35 | 148.85 | 0.00 |
| 009 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 1,366.57 | 1,366.57 | 82.24 | 0.00 |
| 011 | US DEPARTMENT OF EDUCATION | 30,787.06 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 3,301.48 | 3,301.48 | 198.68 | 0.00 |
| 013 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINOIS DEPARTMENT OF | 894.00 | 894.00 | 53.80 | 0.00 |
| 015 | COTTONWOOD FINANCIAL | 872.32 | 872.32 | 52.49 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 841.16 | 841.16 | 50.62 | 0.00 |
| 017 | ASSET ACCEPTANCE CORP | 642.89 | 642.89 | 38.69 | 0.00 |
| 018 | B-LINE LLC | 266.92 | 266.92 | 16.05 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 43,574.62 | 12,989.95 | 763.68 | 0.00 |
|  | Grand Total: | 67,921.60 | 26,227.67 | 9,884.99 | 0.00 |

Total Paid Claimant:        $9,884.99
Trustee Allowance:           $684.78                   Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       5.88                    discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008          By   /s/Heather M. Fagan